QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL JIMENEZ-GAONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-03-508 LKK |
| Plaintiff, | **AMENDED** STIPULATION AND ORDER CONTINUING BRIEFING SCHEDULE |
| v. | |
| MANUEL JIMENEZ-GAONA, | Date: February 14, 2006 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Lawrence K. Karlton |

Manuel Jimenez-Gaona, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States of America, by and through its counsel, Jason Hitt, Assistant U.S. Attorney, hereby stipulate to continue the current briefing schedule as follows:

Defense brief due: January 24, 2006
Government response due:  February 7, 2006
Hearing:  February 14, 2006 @ 9:30 a.m.

///

///

///

The reason for this continuance is to allow defense counsel additional time to research and prepare her brief to the Court.

Dated: December 30, 2005

                                        Respectfully submitted,
                                        QUIN DENVIR
                                        Federal Defender

                                        /s/CARO MARKS
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MANUEL JIMENEZ-GAONA

Dated:  December 30, 2005

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ JASON HITT
                                        _____
                                        JASON HITT
                                        Assistant United States Attorney

## O R D E R

**IT IS SO ORDERED.**

Dated: January 3, 2006            /s/ Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        U.S. District Court Judge