IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                       No. CR S-03-0508 LKK JFM P

    vs.

MANUEL JIMENEZ-GAONA,

    Movant.                         <u>ORDER TO SHOW CAUSE</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. By order filed February 25, 2008, respondent was directed to filed, within thirty days, an answer to the motion together with any and all transcripts or other documents relevant to the determination of the issues presented in the motion. The thirty day period has expired and respondent has not filed an answer or otherwise responded to the court's order.

/////

/////

/////

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within five days from the date of this order respondent shall show cause in writing why sanctions should not be imposed for failure to comply with the court's February 25, 2008 order; and

2. The Clerk of the Court shall serve a copy of this order on the United States Attorney or his authorized representative.

DATED:  April 1, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

jime0508.osc